# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

MIGUEL TAPIA GARCES, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

JENCO SUPPLY CORP., JENCO ASSOCIATES, INC., MICHAEL W. LOCHREN, MARK KLEIN, RUTTURA & SONS CONSTRUCTION CO., INC., THE LANDTEK GROUP, INC., G&M CONCRETE CORP., and WORLD CUP CONCRETE CORP.,

*Defendant(s)*

Civil Action No. 26-cv-7097 (JMW)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1. Jenco Supply Corp., 45 S. Fourth St., Ste. 1, Bay Shore, NY 11706
2. Jenco Associates, Inc., 45 S. Fourth St., Ste. A, Bay Shore, NY 11706
3. Michael W. Lochren, c/o Jenco, 45 S. Fourth St., Ste. 1, Bay Shore, NY 11706
4. Mark Klein, c/o Jenco, 45 S. Fourth St., Ste. 1, Bay Shore, NY 11706
5. Ruttura & Sons Construction Co., Inc., 200 Cabot St., West Babylon, NY 11704
6. The LandTek Group, Inc., 235 County Line Rd., Amityville, NY 11701
7. G&M Concrete Corp., 1087 Route 58, Riverhead, NY 11901
8. World Cup Concrete Corp., 1523 Church St., Holbrook, NY 11741

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Marlborough Law Firm, P.C., 375 Sunrise Hwy., Ste. 3, Lynbrook, NY 11563, (212) 991-8960
Monteiro & Fishman LLP, 91 N. Franklin St., Ste. 108, Hempstead, NY 11550, (516) 280-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2026

*Signature of Clerk or Deputy Clerk*